UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEVADA, ex rel. PAUL T. BARNES, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> CHEMETALL FOOTE CORPORATION, <br><br> Defendant. | Case No. 3:10-cv-00338 <br><br> ~~PROPOSED~~ ORDER |

ORDER

UPON CONSIDERATION of Plaintiff-Relator Paul T. Barnes, Jr.'s "Notice of Voluntary Dismissal," it is hereby ORDERED that:

1. The Complaint in this action is dismissed without prejudice.
2. The Complaint and this Order shall be unsealed.
3. All other court files shall remain under Seal until further Order of this Court.

DATED this 2 day of September, 2011.

BY THE COURT:

Edward C. Reed
U.S. District Judge