UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEVADA, ex rel. PAUL T. BARNES, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> CHEMETALL FOOTE CORPORATION, <br><br> Defendant. | ) Case No. 3:10-cv-00338 <br> ) <br> ) <br> ) ~~PROPOSED~~ ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

```
 X  FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

          SEP - 2 2011

     CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

ORDER

UPON CONSIDERATION of Plaintiff-Relator Paul T. Barnes, Jr.'s "Notice of Voluntary Dismissal," it is hereby ORDERED that:

1. The Complaint in this action is dismissed without prejudice.

2. The Complaint and this Order shall be unsealed.

3. All other court files shall remain under Seal until further Order of this Court.

DATED this __2__ day of __September__, 2011.

BY THE COURT:

_Edward C. Reed_
U.S. District Judge

